UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 2, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
              DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

Archie R. Boyd

               v.            CASE NUMBER: CIV S-04-2027 LKK DAD P

Fresno County Court

**XX --** **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF AUGUST 2, 2005.**

                                                                    Jack L. Wagner,
                                                                    Clerk of the Court

ENTERED:   August 2, 2005

                                                                    by:_/s/ B. Dotson_____
                                                                    B. Dotson, Deputy Clerk